UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

MIGUEL MARTE,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK; RAYMOND W. KELLY, Police Commissioner; NELDRA M. ZEIGLER, Deputy Commissioner, Office of Equal Employment Opportunity; WILLIAM PLANETA, Sergeant, Identify Theft Squad, each being sued individually and in their official capacities as employees of the NYPD.

                                  Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

07 Civ. 3972 (ILG)(MDG)

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Neldra M. Zeigler, and Raymond W. Kelly ("City defendants"), and I am the present Assistant Corporation Counsel assigned to this action. All future filings or other information related to this action can be directed to me at the below address.

Dated:      New York, New York
              January 17, 2008

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel
                                               of the City of New York
                                              Attorney for City Defendants
                                              100 Church Street, Room 2-184
                                              New York, New York 10007-2601
                                              (212) 788-8688
                                              imendez@law.nyc.gov

                                 By:    **ECF**:             **/s/**
                                                       Ivan A. Mendez, Jr.
                                               Assistant Corporation Counsel

To:    **JEFFREY L. GOLDBERG, P.C.**
         Attorneys for Plaintiff
         Attn: Eric Sanders
         (By ECF)

07 Civ. 3972 (ILG)(MDG)

| |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| MIGUEL MARTE,<br><br>                                                                Plaintiff,<br><br>                            -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                                                Defendants. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel of the City of New York*<br>Attorney for City Defendants<br>100 Church Street, Room 2-184<br>New York, N.Y. 10007-2601<br><br><br>Of Counsel:    Ivan A. Mendez, Jr.<br>      Tel:              (212) 788-8688<br><br><br><br>Matter No.: 2007-030470 |
| *Due and timely service is hereby admitted.*<br><br>*Dated:* New York, N.Y.  ......................................., 2008<br><br>Signed:  ............................................................................<br><br>Attorney for...................................................................... |