UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MIGUEL MARTE,

                Plaintiffs,

-against-

THE CITY OF NEW YORK; RAYMOND W. KELLY, Police Commissioner; NELDRA M. ZEIGLER, Deputy Commissioner, Office of Equal Employment Opportunity; WILLIAM PLANETA, Sergeant, Identity Theft Squad, each being sued individually and in their official capacities as employees of the NYPD,

                Defendant.
---------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 Civ. 3972 (ILG)(MDG)

      Please be advised that Bruno V. Gioffre, Jr., Esq., of Quinn & Mellea, LLP, has been retained to represent Defendant William Planeta in connection with the above-captioned matter. Accordingly, please direct any and all correspondence, documents, notices and filings to Bruno V. Gioffre, Jr., Esq., 399 Knollwood Road, Suite 220, White Plains, New York, 10603.

Dated: White Plains, New York
       February 11, 2008

                                                    Respectfully submitted,

                                                    _____
                                                    BRUNO V. GIOFFRE, JR., ESQ.
                                                    Attorney for Defendant
                                                    399 Knollwood Road, Suite 220
                                                    White Plains, New York 10603
                                                    (t) 914-997-0555
                                                    (f) 914-997-0550